%AO 440 (Rev. 10/93) Summons in a Civil Action

H-060834

United States Courts
Southern District of Texas
FILED
APR 0 4 2006
Michael N. Milby, Clerk

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/21/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| G. L. Gomez | PROMPT PROCESS SERVICE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Assoc. Dean Lauree Thomas, M.D. UTMB - 301 University Blvd, Galveston TX 77550

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 10 Mls | | $55.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/21/06
　　　　　　　Date
@ 3:45 pm

Signature of Server

P.O. Box 2338, Galveston TX 77553
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __Texas__

CHYKEETRA S. MALTBIA

V.

LINCOLN G. COFFIE, DEAN LAUREE THOMAS AND UNIVERSITY OF TEXAS MEDICAL BRANCH, SCHOOL OF MEDICINE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: H 06 0834

TO: (Name and address of Defendant)

ASSOCIATE DEAN LAUREE THOMAS, M.D.
THE UNIVERSITY OF TEXAS, MEDICAL BRANCH, G.210 ASHBEL SMITH BUILDING, 301 UNIVERSITY BLVD, GALVESTON, TX 77555-1317

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jimmie L. J. Brown Jr.
6666 Harwin Drive, ste 340
Houston, TX 77036

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby

CLERK                                                                DATE

(By) DEPUTY CLERK

# Prompt Process Service

P. O. BOX 2338 GALVESTON, TX. 77553-2338
GALVESTON - ( 409) 943-6274 Or 643-6515

---

JIMMIE L.J. BROWN                                3/21/2006
6666 HARWIN DR. - STE 340
HOUSTON, TX. 77036

---

| | |
|---|---|
| LAW FIRM | : THE LAW OFFICE OF JIMMIE L.J. BROWN |
| DATE RECD | : 3/21/2006 |
| ATTORNEY | : JIMMIE L.J. BROWN |
| ADDRESS | : 6666 HARWIN DR. - STE 340 |
| CITY,STATE,ZIP | : HOUSTON, TX. 77036 |
| PHONE | : |
| | |
| CAUSE NO | : H-06-0834 - USDT |
| ACCT NO | : 4322 |
| CASE | : CHYKEETRA S. MALTBIA |
| | VS. |
| CASE. | : LINCOLN COFFIE, LAUREE THOMAS & UTMB-SCHOOL |
| OF MED | |
| | |
| CITATION | : CIVIL SUMMONS |
| DATE EXCTD | : 3/21/2006 |
| TIME | : 10:05 AM |
| LOCATION | : 301 UNIVERSITY BLVD. , GALVESTON TX. 77550 |
| PERSON SERVED | : DR. JOHN STOBO |
| OFC. | :  G. L. GOMEZ |
| NOTE | : SERVED AT LAW DEPARTMENT - UTMB GALVESTON |
| | |
| MILES | : 10 |

---

| | |
|---|---|
| TOTAL DUE | : $55.00 |
| STATUS | : PAID |

" MOST CITATIONS SERVED WITHIN 48 HOURS "

Case 4:06-cv-00834   Document 4   Filed in TXSD on 04/04/06   Page 4 of 4